

In The
# Court of Appeals
## Seventh District of Texas at Amarillo

---

No. 07-22-00171-CV

---

IN THE INTEREST OF L.H., A CHILD

---

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 39,999, Honorable Phil N. Vanderpool, Presiding

---

July 21, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.,

Appellant and intervenor below, M.M., appearing pro se, attempts to appeal from the trial court's *Order of Termination*. The trial court signed the order on March 18, 2022. A notice of appeal was, therefore, due within twenty days after the order was signed, by April 7, 2022. TEX. R. APP. P. 26.1(b), 28.4(a).[1] Appellant filed a notice of appeal on June 16, 2022.

---

[1] In an accelerated appeal, absent a Rule 26.3 motion, which is not applicable here, "the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed, with no exceptions," and, consequently, filing a post-judgment motion will not operate to extend that deadline. *See In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005).

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of June 17, 2022, we notified M.M. that her notice of appeal appeared untimely and directed her to file a response on or before June 27, 2022, showing grounds for continuing the appeal or the appeal would be dismissed for want of jurisdiction. To date, M.M. has not filed a response.

Accordingly, we dismiss the purported appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam